# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JOSHUA D. KIRSHNER

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

November 4, 2020

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Irving Rubin, et al.**
           **14 Cr. 741 (KMK)**

Dear Judge Karas:

We represent defendant Jacob Rubin in the above-captioned case. We request that Mr. Rubin be permitted to travel to London from November 23, 2020 until November 27, 2020 to visit an eye-specialist with his son. Mr. Rubin is in compliance with all the conditions of his probation.

The Probation Department consents[1] to this travel application and, if granted, Mr. Rubin will provide the Probation Department with an itinerary of his travel before he departs.

Thank you for your continued attention to this matter.

The Court reached out to the Government, which has indicated no objection to the request.

The request is granted.
So Ordered.  [signature]   11/4/20

Very truly yours,

_____/s/_____
Joshua D. Kirshner

cc:   All parties (via ECF)

---

[1] Counsel was informed that AUSA Benjamin Allee left the U.S. Attorney's Office and an email and phone call to AUSA Kathryn Martin were not returned.  No other AUSA is on the docket for this matter.